1  DANIEL RODRIGUEZ, ESQ., SBN 096625
   JOEL T. ANDREESEN, ESQ., SBN 152254
2  CHANTAL TRUJILLO, ESQ., SBN 289493
3  **RODRIGUEZ & ASSOCIATES**
   **A PROFESSIONAL LAW CORPORATION**
4  2020 Eye Street
   Bakersfield, CA  93301
5  Tel. No.: (661) 323-1400
6  Fax No.: (661) 323-0132

7
   Attorneys for Plaintiff, JASON LAND
8

9
                      **UNITED STATES DISTRICT COURT**
10
                      **EASTERN DISTRICT OF CALIFORNIA**
11

12

13  JASON LAND,                                 ) **Case No. 1:14-CV-00789- JLT**
                                                )
14                                              ) **STIPULATION FOR DISMISSAL**
                  Plaintiff,                     ) **WITH PREJUDICE; [PROPOSED]**
15                                              ) **ORDER**
            vs.                                 )
16                                              )
                                                )
17                                              )
                                                )
18  CITY OF BAKERSFIELD,                        )
    BAKERSFIELD POLICE                          )
19  DEPARTMENT, and DOES 1 to 100,              ) **Complaint Filed: 5/22/2014**
    Inclusive,                                  )
20                                              )
                                                )
21                Defendants.                    )
                                                )
22  _____

23

24

25

26

                _____
    **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May  4, 2015                 RODRIGUEZ & ASSOCIATES


By: __/s/ Chantal Trujillo_____/
     CHANTAL TRUJILLO
     Attorney for Plaintiff
     JASON LAND


Dated: May 4, 2015                 MARDEROSIAN, CERCONE & COHEN


By: __/s/ Michael G. Marderosian_____/
     MICHAEL G. MARDEROSIAN
     Attorneys for Defendant
     CITY OF BAKERSFIELD,
     BAKERSFIELD POLICE DEPARTMENT

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May  5 , 2015

_____
JENNIFER L. THURSTON
JUDGE OF THE UNITED STATES DISTRICT
COURT/EASTERN DISTRICT

**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

2